# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE LEE, | ) | Case No.: CV 18-5952 FMO (JEMx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| GN AGENCY, INC., et al., | ) | |
| Defendants. | ) | |

On December 3, 2018, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution and granting plaintiff George Lee one final opportunity to file a compliant request for entry of default no later than December 7, 2018. (See Dkt. 16, Court's Order of December 3, 2018). As of the filing date of this Order, plaintiff has not filed the required request for entry of default nor responded in any manner to the court's Order to Show Cause.

Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 12th day of December, 2018.

/s/
Fernando M. Olguin
United States District Judge