JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GEORGE LEE, | ) | Case No.: CV 18-5952 FMO (JEMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| GN AGENCY, INC., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 12th day of December, 2018.

/s/
Fernando M. Olguin
United States District Judge